| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>MILLER, GRAY H. | 2. Court or Organization<br><br>U.S. DIST. COURT, SO. DIST. TX | 3. Date of Report<br><br>06/18/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>BOB CASEY U. S. COURTHOUSE<br>515 RUSK AVE<br>HOUSTON, TX 77002 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Advisory Board | USS Cavalla Historical Foundation |
| 2. | Member of the Board | Garland R. Walker American Inn of Court |
| 3. | Member of the Board | Federal Bar Association - Southern District of Texas |
| 4. | Member of the Executive Committee | Houston Marine Insurance Seminars, Inc. |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/18/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trapeze Capital Corp. | Margin Account | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Everbank Bank Account | A | Interest | J | T | | | | | |
| 2. Everbank Bank Account | A | Interest | | | Closed | 01/07/13 | J | | See Note in Part VIII |
| 3. Chase Bank Account (Y) | | | | | | | | | |
| 4. Performex Multi Manager Fund 3c1 LP | | None | | | Distributed | 07/03/13 | J | D | |
| 5. Brokerage Account #1 (H) | | | | | | | | | |
| 6. - Cash Account | A | Interest | J | T | | | | | |
| 7. - Corridor Res Inc. Common Stock | | None | | | Sold | 08/02/13 | J | | |
| 8. - ORCA Exploration | | None | | | Sold | 08/02/13 | J | | |
| 9. - St. Andrew Goldfields - New Common Stock | | None | | | Sold | 08/14/13 | J | | |
| 10. - Manitok Energy Inc 23Apr2011 | | None | | | Sold (part) | 03/15/13 | J | B | |
| 11. | | | | | Sold | 08/07/13 | J | | |
| 12. - Dynacor Gold Mines Inc Common Stock | | None | | | Sold (part) | 08/06/13 | J | A | |
| 13. | | | | | Sold | 08/07/13 | J | A | |
| 14. - Southern Pacific Resource Corp Common Stock | | None | | | Sold | 08/07/13 | J | | |
| 15. - Pivot Technology Solutions (formerly Pivot Acquisition... | A | Interest | | | Sold (part) | 05/03/13 | J | A | See Note in Part VIII |
| 16. | | | | | Sold (part) | 12/04/13 | J | | |
| 17. | | | | | Sold | 12/30/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Apple Inc Common Stock | A | Dividend | | | Sold | 08/06/13 | J | | |
| 19. - Legacy Oil & Gass Inc Common Stock | | None | | | Sold | 08/07/13 | J | | |
| 20. - WTS-SFG Parent Inc | | None | J | T | | | | | |
| 21. - OfficeMax Inc Common Stock | | None | | | Sold | 02/08/13 | J | B | |
| 22. - NII Holdings Inc CL-B | | None | | | Sold | 08/06/13 | J | | |
| 23. - OCH Ziff Cap Mgmt Grp LLC CL A | A | Dividend | | | Sold | 05/10/13 | J | A | |
| 24. | | | | | Buy | 06/27/13 | J | | |
| 25. | | | | | Sold | 08/06/13 | J | A | |
| 26. - Aetna Inc Common Stock | A | Dividend | | | Sold | 04/05/13 | J | A | |
| 27. - Southwest Airlines Co Common Stock | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 28. - Renegade Petroleum Ltd Common Stock | A | Dividend | | | Sold | 08/07/13 | J | | |
| 29. - Kohl Corp Common Stock | A | Dividend | | | Sold | 07/10/13 | J | A | |
| 30. - Cheesecake Factory Inc Common Stock | | None | | | Buy | 07/05/13 | J | | See Note in Part VIII |
| 31. - iShares Dow US Home Construction Idx | | None | | | Buy | 01/24/13 | J | | See Note in Part VIII |
| 32. - St Joe Co Common Stock | | None | | | Buy | 01/25/13 | J | | See Note in Part VIII |
| 33. - Home Depot Inc Common Stock | | None | | | Buy | 05/17/13 | J | | See Note in Part VIII |
| 34. - Goldcorp Inc Common Stock | A | Dividend | | | Buy | 01/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 08/07/13 | J | | |
| 36. - EMC Corp Mass Common Stock | A | Dividend | | | Buy | 04/10/13 | J | | |
| 37. | | | | | Sold | 08/06/13 | J | A | |
| 38. - Jabil Circuit Inc Common Stock | A | Dividend | | | Buy | 04/22/13 | J | | |
| 39. | | | | | Sold | 07/29/13 | J | A | |
| 40. - Motors Liquidation GUC TR BEN (X) | | None | | | Sold | 06/05/13 | J | A | |
| 41. - Vivendi (VIV FP) Common Stock | | None | | | Buy | 05/29/13 | J | | |
| 42. | | | | | Sold | 08/09/13 | J | A | |
| 43. - Bayerische Motorenwk Common Stock | | None | | | Buy | 06/26/13 | J | | |
| 44. | | | | | Sold | 08/08/13 | J | A | |
| 45. - Gap Inc Common Stock | | None | | | Sold | 04/11/13 | J | | See Note in Part VIII |
| 46. | | | | | Buy | 05/15/13 | J | | |
| 47. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 48. - Charles Schwab Corp Common Stock | | None | | | Sold | 05/21/13 | J | | See Note in Part VIII |
| 49. | | | | | Buy | 07/03/13 | J | | |
| 50. Brokerage Account #2 (H) | | | | | | | | | |
| 51. - Wells Fargo Bank Deposit Sweep Accounts | A | Interest | K | T | Open | 04/19/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - MFS New Discovery Fund-I | B | Dividend | K | T | Buy | 05/29/13 | J | | See Note in Part VIII |
| 53. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 54. - Amer Mutual FD Inc CL F1 | B | Dividend | K | T | Buy | 05/29/13 | J | | |
| 55. | | | | | Buy (add'l) | 06/20/13 | K | | |
| 56. - Harris Assoc Invt TR Oakmark Fund Class I | A | Dividend | K | T | Buy | 05/29/13 | J | | |
| 57. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 58. - ING Equity TR Smallcap Opportunities FD CL I | B | Dividend | K | T | Buy | 05/29/13 | J | | See Note in Part VIII |
| 59. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 60. - Smallcap World Fund Inc Class F-1 | B | Dividend | K | T | Buy | 05/29/13 | J | | |
| 61. | | | | | Buy (add'l) | 06/20/13 | K | | |
| 62. - Thornburg Inv Mgmt Intl Growth Fund CL I | A | Dividend | K | T | Buy | 05/29/13 | J | | See Note in Part VIII |
| 63. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 64. - Wasatch Global Opportunities FD | B | Dividend | K | T | Buy | 05/29/13 | J | | |
| 65. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 66. - Wasatch International Oppty Fnd | B | Dividend | K | T | Buy | 05/29/13 | J | | |
| 67. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 68. Performex Multi Manager Fund 3c1 LP (IRA Investment) | | None | | | Distributed | 07/03/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Chase Bank Account (IRA) | A | Interest | | | Closed | 07/16/13 | J | | |
| 70. IRA #1 (H) | | | | | | | | | |
| 71. - Wells Fargo Bank Deposit Sweep Accounts | A | Interest | M | T | | | | | |
| 72. - Alliancebernstein FDS Discovery Growth (Formerly listed as.... | D | Dividend | M | T | Buy (add'l) | 03/06/13 | K | | See Note in Part VIII |
| 73. - Calamos International Growth Fund Class I | | None | | | Sold | 01/23/13 | M | C | |
| 74. - ING Equity TR Smallcap Opportunities FD CL I | D | Dividend | M | T | Buy (add'l) | 03/06/13 | K | | |
| 75. - Smallcap World Fund Inc Class F-1 | E | Dividend | N | T | Buy (add'l) | 03/06/13 | L | | |
| 76. - Alger FDS II Spectra FD Cl I | | None | | | Buy (add'l) | 03/06/13 | K | | |
| 77. | | | | | Sold (part) | 03/21/13 | M | D | |
| 78. | | | | | Sold | 04/08/13 | K | A | |
| 79. - Wasatch Global Opportunities FD | E | Dividend | M | T | Buy (add'l) | 03/06/13 | K | | |
| 80. - Westcore TR Intl Frontier FD | C | Dividend | M | T | | | | | |
| 81. - MFS New Discovery Fund-I | D | Dividend | M | T | Buy | 03/21/13 | M | | |
| 82. | | | | | Buy (add'l) | 04/08/13 | K | | |
| 83. - American Mutual FD Inc CL F1 | D | Dividend | N | T | Buy | 01/02/13 | N | | |
| 84. - Thornburg Inv Mgmt Intl Growth Fund CL I | C | Dividend | M | T | Buy | 03/06/13 | M | | |
| 85. IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Wells Fargo Bank Deposit Sweep Accounts | A | Interest | J | T | Open | 05/02/13 | M | | |
| 87. - MFS New Discovery Fund-I | B | Dividend | | | Buy | 05/29/13 | J | | |
| 88. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 89. | | | | | Distributed | 12/16/13 | J | A | See Note in Part VIII |
| 90. - Amer Mutual FD Inc Cl F1 | A | Dividend | K | T | Buy | 05/29/13 | J | | |
| 91. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 92. - Harris Assoc Invt TR Oakmark Fund Class I | A | Dividend | J | T | Buy | 05/29/13 | J | | |
| 93. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 94. - ING Equity TR Smallcap Opportunities FD CL I | A | Dividend | J | T | Buy | 05/29/13 | J | | |
| 95. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 96. | | | | | Distributed (part) | 12/16/13 | J | B | See Note in Part VIII |
| 97. - Smallcap World Fund Inc Class F-1 | B | Dividend | K | T | Buy | 05/29/13 | J | | |
| 98. | | | | | Buy (add'l) | 05/29/13 | J | | |
| 99. - Thornburg Inv Mgmt Intl Growth Fund CL I | A | Dividend | | | Buy | 05/29/13 | J | | |
| 100. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 101. | | | | | Distributed | 12/16/13 | J | B | See Note in Part VIII |
| 102. - Wasatch Global Opportunities FD | B | Dividend | J | T | Buy | 05/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 104. - Wasatch International Oppty Fnd | A | Dividend | J | T | Buy | 05/29/13 | J | | |
| 105. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 106. | | | | | Sold (part) | 12/05/13 | J | A | |
| 107. Trust #1 (H) | | | | | | | | | |
| 108. - Exxon Mobil Corp Common Stock | A | Dividend | | | Sold | 06/03/13 | J | C | |
| 109. - Ameritrade Cash Holding Account (Y) | | | | | | | | | |
| 110. Trust #2 (H) | | | | | | | | | |
| 111. - Fidelity Core Cash Account | A | Interest | | | Closed | 11/01/13 | J | | |
| 112. - Exxon Mobile Corp Common Stock | A | Dividend | | | Sold | 06/03/13 | J | C | |
| 113. Trust #3 (H) | | | | | | | | | |
| 114. - Fidelity Core Cash Account | A | Interest | | | Closed | 11/01/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 4 line 2 - The prior year report shows Everbank Bank Accounts which included two accounts. During 2013, one of those accounts was closed so an additional line was added for the account that was closed and both accounts were renamed Everbank Bank Account.

Part VII, page 4 line 15 - Pivot Technology Solutions was formerly known as Pivot Acquisition CV 12.00% 14April2013.

Part VII, page 5 line 30 - Cheesecake Factory Inc Common Stock was sold short on 03/21/12 and covered on 07/05/13. Column C has been left blank since this stock was no longer held at the end of the reporting period.

Part VII, page 5 line 31 - iShares Dow US Home Construction Idx was sold short on 10/18/12 and covered on 01/24/13. Column C has been left blank since this stock was no longer held at the end of the reporting period.

Part VII, page 5 line 32 - St Joe Co Common Stock was sold short on 10/22/12 and covered on 01/25/13. Column C has been left blank since this stock was no longer held at the end of the reporting period.

Part VII, page 5 line 33 - Home Depot Inc Common Stock was sold short on 12/11/12 and covered on 05/17/13. Column C has been left blank since this stock was no longer held at the end of the reporting period.

Part VII, page 6 line 45 - Gap Inc Common Stock was sold short on 04/11/13 and partially covered on 05/15/13 and fully covered on 05/16/13. Column C has been left blank since this stock was no longer held at the end of the reporting period.

Part VII, page 6 line 48 - Charles Schwab Corp Common Stock was sold short on 05/21/13 and covered on 07/03/13. Column C has been left blank since this stock was no longer held at the end of the reporting period

Part VII, page 7 line 52 - MFS New Discovery Fund-I was also transferred from IRA #2 on line 89 to Brokerage Account #2 on 12/16/13.

Part VII, page 7 line 58 - ING Equity TR Smallcap Opportunities FD CL I was also transferred from IRA #2 on line 96 to Brokerage Account #2 on 12/16/13.

Part VII, page 7 line 62 - Thornburg Inv Mgmt Intl Growth Fund CL I was also transferred from IRA #2 on line 101 to Brokerage Account #2 on 12/16/13.

Part VII, page 8 line 72 - Alliancebernstein FDS Discovery Growth FD Advisor was formerly listed as Alliancebernstein FDS Small Cap Growth FD.

Part VII, page 9 line 89 - MFS New Discovery Fund-I was distributed from IRA #2 into Brokerage Account #2 on 12/16/13.

Part VII, page 9 line 96 - ING Equity TR Smallcap Opportunities FD CL I was distributed from IRA #2 into Brokerage Account #2 on 12/16/13.

Part VII, page 9 line 101 - Thornburg Inv Mgmt Intl Growth Fund CL I was distributed from IRA #2 into Brokerage Account #2 on 12/16/13.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GRAY H. MILLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544